August , 2012, C.E.

Ramon Carrasco Carrasco
Reg. No. 31218-069
Federal Medical Center, Unit
P.M.B. 4000
Rochester, MN 55903-4000

Office of the District Clerk
United States District Court for
the Judicial District of Puerto Rico
Room 250 Federico Degetau Federal Bldg.
150 Carlos Chardón Ave.
San Juan, PR 00918-1767

RECEIVED & FILED
2012 SEP -4 PM 2:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Re: U.S.A. vs. RAMON CARRASCO-CARRASCO, Crim. No. 07-208(JAF)
Subject: Pro Se Letter for Documents

Dear District Clerk for Pro Se Litigants:

Please send me a copy of the Docket Sheet, Criminal Complaint, and the Indictment for my inspection, use, and possible amendment or supplementation of my counseled Motion for relief under 28USC§2255. Thank you.

Cordially,

X

Ramon Carrasco Carrasco
Defendant in Propia Persona

COMMITTED NAME: Ramon Carrasco
REG. NO. & QTRS.: 31218-069
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

ROCHESTER MN 55
29 AUG 2012 PM 2

USA Liberty FOREVER

-LEGAL MAIL-

RECEIVED & FILED
2012 SEP -4 PM 2:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

⇔31218-069⇔
Office Of The District Clerk
U.S. Dist. Court
150 Carlos Chardon Av.
Room 150 Federico Degetau
SAN JUAN, PR 00918-1767
United States

0091881703 C018